UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:06-cr-00028-HDM-CLB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ESTELLE GONZALEZ, | |
| Defendant. | |

The defendant has filed a motion to dismiss (ECF No. 75), a request for expedited briefing, and a request for leave to appear by video at the revocation hearing currently scheduled for October 29, 2024, at 12:00 p.m. The request for expedited briefing is DENIED. The defendant's request for leave to appear by video at the hearing currently set for October 29, 2024, is GRANTED.

IT IS SO ORDERED.

DATED: This 10th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE