UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:06-cr-00028-HDM-CLB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ESTELLE GONZALEZ, | |
| Defendant. | |

The defendant has filed a motion to dismiss and for immediate release (ECF No. 75). Both the Probation Department and the United States Attorney have declined to take a position on the motion (ECF No. 78), which the court construes as non-opposition to the motion. L.C.R. 47-3. In addition, the court has been advised that the defendant is currently in the custody of Immigration and Customs Enforcement. Considering all of these factors, the court believes dismissal of the petition is appropriate. Accordingly, the motion to dismiss the petition for revocation (ECF No. 75) is GRANTED. The revocation hearing set for Tuesday, October 29, 2024, at 12:00 p.m. is therefore VACATED.

IT IS SO ORDERED.

DATED: This 24th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE