UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>ESTELLE GONZALEZ,<br><br>                    Defendant. | Case No. 3:06-cr-00028-HDM-CLB<br><br>ORDER |

The defendant's unopposed motion to terminate probation (ECF No. 81) is GRANTED.

IT IS SO ORDERED.

DATED: This 25th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE